```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 45268
   LAURA M NAUMANN
                                               CHAPTER 13

                                               JUDGE: A. BENJAMIN GOLDGAR

             Debtor
   SSN XXX-XX-8488


--------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 12/09/04 and confirmed on 02/04/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $ 100047.90 .

     4.  The Trustee made disbursements to creditors as follows:


--------------------------------------------------------------------------------
CREDITOR NAME              CLASS              CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                               PAID          PAID
--------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG       56873.50           .00       56873.50
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE        5302.33           .00        5302.33
CONSUMER PORTFOLIO SERVI  SECURED             10650.00         1523.13     10650.00
NATIONAL AUTO TITLE       SECURED              2074.78          318.31      2074.78
TEN MINUTE PAY DAY LOANS  UNSECURED          NOT FILED            .00           .00
A ALL FINANCIAL SRV       FILED LATE              .00            .00           .00
ADVANCE AMERICA           UNSECURED            745.00            .00         745.00
AMERICAN EXPRESS          NOTICE ONLY        NOT FILED           .00            .00
AMERICASH LOANS           UNSECURED            977.14            .00         977.14
ECAST SETTLEMENT CORPORA  UNSECURED           7526.90            .00        7526.90
ECAST SETTLEMENT CORPORA  UNSECURED            584.78            .00         584.78
BUDGET CASH ADVANCE       UNSECURED          NOT FILED           .00            .00
CAPITAL ONE FINANCIAL     UNSECURED          NOT FILED           .00            .00
CHECK INTO CASH INC       FILED LATE              .00            .00            .00
B LINE LLC                UNSECURED            356.29            .00         356.29
CONSUMER PORTFOLIO SERVI  UNSECURED           4432.97            .00        4432.97
          Summary of disbursements:
--------------------------------------------------------------------------------
                 SECURED      PRIORITY     UNSECURED        OTHER           TOTAL

TOTAL CLMS ALLOWED   74900.61       .00     14623.08          .00         89523.69
PRINCIPAL PAID       74900.61       .00     14623.08          .00         89523.69
INTEREST PAID         1841.44       .00          .00          .00          1841.44
TOTAL PAID           76742.05       .00     14623.08          .00         91365.13
The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00
and was paid $   2700.00 .

The Trustee received $   3585.43 .

Refunds to the Debtor totaled $    2397.34 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/16/07                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                              PAGE   2
            CASE NO. 04 B 45268 LAURA M NAUMANN